# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE LEE MANUEL,<br><br>    Plaintiff,<br><br>  v.<br><br>K. MANDOZA POWERS, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:07-cv-00968-AWI-SMS PC<br><br>ORDER DIRECTING CLERK'S OFFICE TO CHANGE DOCKET ENTRY<br><br>(Doc. 16)<br><br>ORDER RESOLVING PLAINTIFF'S MISCELLANEOUS MOTION<br><br>(Doc. 16) |

    Plaintiff Lonnie Lee Manuel ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On August 18, 2008, Plaintiff filed what he entitled a "Motion this Court to Proceed in Summary Judgement." The Court has reviewed the motion and it is not a motion for summary judgment. Rather, Plaintiff filed it in response to the USM-285 form, which was returned by the Marshal and indicated that Defendant Baltierrez could not be located for service. Plaintiff seeks further action by the Court.

    Defendant Baltierrez filed an answer on August 15, 2008, and a scheduling order has been issued. Because Defendant has made an appearance in this action, Plaintiff does not need to be concerned about the information on the USM-285 form indicating that Defendant was not located. No further action is necessary with respect to service of process.

///
///
///

1

Accordingly, (1) the Clerk's Office is DIRECTED to change the docket entry for filing number 16 to reflect that it is a miscellaneous motion by Plaintiff, and (2) by this order the motion is HEREBY DEEMED RESOLVED.

IT IS SO ORDERED.

**Dated:   August 21, 2008**               _____/s/ Sandra M. Snyder_____
                                                             UNITED STATES MAGISTRATE JUDGE