IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| Lonnie Lee Manuel, | ) | No. 1:07-cv-00968-NVW |
| Plaintiff, | ) | |
| vs. | ) | **MEMORANDUM** |
| K. Mandoza Powers, et. al., | ) | |
| Defendants. | ) | |

In light of the age of this case, the parties are advised that any request for extension of the discovery deadline or the dispositive motion deadline will be viewed with great disfavor, absent extraordinary justification. The press of other work and the predictable inconveniences of prison life will not be justification for extensions.

DATED this 31st day of December, 2008.

_____
Neil V. Wake
United States District Judge