IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lonnie Lee Manuel,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>K. Mandoza Powers, et. al.,<br><br>　　　　Defendants. | No. 1:07-cv-00968-NVW<br><br>**ORDER** |

　　　Plaintiff has filed a draft of a subpoena addressed to "Dottie Macken, William Alan Krabbenhoft" which is not supported by any motion for issuance of the subpoena or subpoenas. Nor does it state any reason for issuance of subpoenas. The filing has been treated as a motion for issuance of a subpoena and will be denied for lack of any articulated justification.

　　　IT IS THEREFORE ORDERED that Plaintiff's filing at doc. # 21 is treated as a motion for issuance of a subpoena and is denied.

　　　DATED this 23rd day of February, 2009.

　　　　　　　　　　　　　　　　　　　　　/s/ Neil V. Wake
　　　　　　　　　　　　　　　　　　　　　Neil V. Wake
　　　　　　　　　　　　　　　　　　　　　United States District Judge