IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Fresno Division

| | |
|---|---|
| Lonnie Lee Manuel, <br>     Plaintiff, <br> vs. <br> K. Mandoza Powers, et al., <br>     Defendants. | No. CIV 1:07-0968-NVW <br><br> **ORDER** |

Telephonic status conference is hereby set for **Thursday, October 22, 2009 at 4:00 PM.** Plaintiff and defense counsel shall each contact chambers at 602-322-7640 at the scheduled time and the Court will arrange a conference call.

DATED this 13th day of October, 2009.

_____
Neil V. Wake
United States District Judge