1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Lonnie Lee Manuel,                          )     No. 07-0968-NVW
                                            )
            Plaintiff,                      )     **ORDER**
                                            )
vs.                                         )
                                            )
K. Mandoza Powers;  P. Baltierrez,)
Medical Officer; Dr. Suryadevara, Chief)
Medical Officer,                            )
                                            )
            Defendants.                     )
                                            )
_____)

        On July 6, 2007, Plaintiff Lonnie Lee Manuel, who was then a prisoner in the

California Department of Corrections filed a *pro se* Complaint pursuant to 42 U.S.C. § 1983

(Doc. #1).  On the same day, Plaintiff filed a an Application to Proceed *In Forma Pauperis*

by a Prisoner (Doc. #2).  The Court granted Plaintiff *in forma pauperis* status on July 11,

2007. (Doc. #4.)  On August 28, 2009, Plaintiff filed a Notice of Change of Address,

indicating that he was released from prison and is now residing in Los Angeles, California.

(Doc. #25).  He will be ordered to pay the filing fee or to show cause why he is unable to do

so.

**I.      Payment of Filing Fee**

        When bringing an action, a prisoner must either pay the filing fee in a lump sum or,

if granted the privilege of proceeding *in forma pauperis*, pay the fee incrementally as set

1   forth in 28 U.S.C. § 1915(b)(1).  Because Plaintiff was a prisoner when he filed this action,

2   he must pay the $350.00 filing fee.

3        On August 28, 2009, Plaintiff filed a notice of change of address reflecting that he has

4   been released from prison.  None of the filing fee has been paid.  Because Plaintiff has been

5   released and he has not paid the filing fee, he must notify the Court within 30 days from the

6   filing date of this Order whether he intends to pay the filing fee in full or show good cause

7   in writing why he cannot pay the fee.  Plaintiff may show cause by submitting an affidavit,

8   signed under penalty of perjury, demonstrating why he is presently unable to pay the filing

9   fee.  <u>See</u> 28 U.S.C. § 1746 (the oath requirement may be satisfied when a person declares

10  under penalty of perjury that the submission is true and correct, and signs and dates the

11  statement).  An application to proceed *in forma pauperis* is attached, which may assist

12  Plaintiff in the preparation of such an affidavit.  Failure to comply with this Order will result

13  in the dismissal of this action.

14  **II.   Warnings**

15      **A.          Address Changes**

16       Plaintiff must file and serve a notice of a change of address in accordance with Rule

17  83-182(f) and 83-183(b) of the Local Rules of Civil Procedure.  Plaintiff must not include

18  a motion for other relief with a notice of change of address.  Failure to comply may result in

19  dismissal of this action.

20      **B.   Copies**

21       Plaintiff must submit an additional copy of every filing for use by the Court.  <u>See</u>

22  LRCiv 5-133(d)(2).  Failure to comply may result in the filing being stricken without further

23  notice to Plaintiff.

24      **C.          Possible Dismissal**

25       If Plaintiff fails to timely comply with every provision of this Order, including these

26  warnings, the Court may dismiss this action without further notice.  <u>See</u> <u>Ferdik v. Bonzelet</u>,

27  963 F.2d 1258, 1260-61 (9th Cir. 1992) (a district court may dismiss an action for failure to

28  comply with any order of the court).

**IT IS ORDERED:**

(1)    Within **30 days** from the filing date of this Order, Plaintiff must either pay the $350.00 balance of the filing fee **or** show good cause why he is unable to do so.

(2)    If Plaintiff fails, within 30 days from the filing date of this Order, either to pay the $350.00 balance of the filing fee or to show good cause why he is unable to pay the balance of the filing fee, the Clerk of Court must enter a judgment of dismissal of this action without prejudice or further notice.

(3)    The Clerk of Court must mail Plaintiff a court-approved form for filing an Application to Proceed  *In Forma Pauperis* (Non-Habeas) as a guideline in the event that Plaintiff seeks to show good cause why he is unable to pay the filing fee.

Dated: October 22, 2009.


_____
Neil V. Wake
United States District Judge

- 3 -