IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Fresno Division

| | |
|---|---|
| Lonnie Lee Manuel,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>K. Mandoza Powers, et al.,<br><br>　　　　　Defendants. | No. CIV 1:07-0968-NVW<br><br>**ORDER** |

　　　Plaintiff's "Order Show Cause Not Dismissing Case" (doc. # 28), which the Clerk classified as a motion, is actually a response to the Court's Order to Show Cause (doc. # 27).

　　　IT IS THEREFORE ORDERED that Plaintiff's "Order Show Cause Not Dismissing Case" (doc. # 28) is denied, without prejudice to consideration of the merits of this case.

　　　DATED this 2nd day of December, 2009.

　　　　　　　　　　　　　　　　　　　　Neil V. Wake
　　　　　　　　　　　　　　　　　　　　United States District Judge