1
2
3
4
5
6            IN THE UNITED STATES DISTRICT COURT
7          FOR THE EASTERN DISTRICT OF CALIFORNIA
8                        Fresno Division
9
10   Lonnie Lee Manuel                    )
                                          )    No. CIV 1:07-0968-NVW
11              Plaintiff,                )
                                          )
12   vs.                                  )
                                          )    **ORDER**
13   K. Mandoza Powers, et al.,           )
                                          )
14              Defendants.               )
                                          )
15   _____  )

16         IT IS ORDERED that Plaintiff's Motion to Proceed In Forma Pauperis [doc. 32] is

17   granted.

18         DATED this 2nd day of December, 2009.

19
20
21
22         _____
23                        Neil V. Wake
                    United States District Judge
24
25
26
27
28