IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lonnie Lee Manuel,<br><br>    Plaintiff,<br><br>vs.<br><br>K. Mandoza Powers, et. al.,<br><br>    Defendants. | No. 1:07-cv-00968-NVW<br><br>**ORDER** |

The Court having been advised that this case is settled,

IT IS ORDERED that this action will be terminated by entry of judgment for Plaintiff in the amount of $200 on or after July 16, 2010, unless a stipulation for dismissal or other disposition is received before then.

IT IS FURTHER ORDERED vacating the Pretrial Conference set March 19, 2010.

DATED this 4th day of March, 2010.

                                  Neil V. Wake
                            United States District Judge