IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lonnie Lee Manuel,<br><br>    Plaintiff,<br><br>vs.<br><br>K. Mandoza Powers, et. al.,<br><br>    Defendants. | No. 1:07-cv-00968-NVW<br><br>**ORDER** |

    The Court having been advised that this case is settled,

    IT IS ORDERED that this action will be terminated by entry of judgment for Plaintiff in the amount of $200 on or after July 16, 2010, unless a stipulation for dismissal or other disposition is received before then.

    IT IS FURTHER ORDERED vacating the Pretrial Conference set March 19, 2010.

    DATED this 4th day of March, 2010.

*Neil V. Wake*
Neil V. Wake
United States District Judge