IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lonnie Lee Manuel,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>K. Mandoza Powers, et. al.,<br><br>　　　　Defendants. | No. 1:07-cv-00968-NVW<br><br>**ORDER** |

Pursuant to stipulation of the parties,

IT IS ORDERED dismissing this case as to defendant Petra Baltierrez with prejudice. The Clerk is directed to close this case.

DATED this 15th day of March, 2010.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Neil V. Wake
　　　　　　　　　　　　　　　　　　United States District Judge