1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7                        FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9    Lonnie Lee Manuel,                    )     No. CV-07-00968-NVW
                                           )
10              Plaintiff,                  )     **ORDER**
                                           )
11   vs.                                    )
                                           )
12                                          )
     K.  Mandoza  Powers;  P.  Baltierrez, )
13   Medical Officer; Dr. Suryadevara, Chief)
     Medical Officer,                       )
14                                          )
                Defendants.                 )
15                                          )
                                           )
16   _____)

17          Before the Court is Plaintiff's Notice of Settlement Not Received (Doc. 41), which

18   states that Defendants have not paid the $200.00 settlement amount.

19          IT IS THEREFORE ORDERED that Defendants present proof by September 24,

20   2010, that they have paid the $200.00 settlement amount or show cause why the dismissal

21   should not be set aside pursuant to Rule 60(b) and the action reinstated.

22          DATED this 22nd day of August, 2010.

23

24   _____
                              Neil V. Wake
25                     United States District Judge

26

27

28